UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                              23 cr 578 (JGK)

SHURON MALONE,
                        Defendant.
-----------------------------------------------------------X

        It is hereby ordered that Camille M. Abate, Esq., is appointed as counsel for the above-named defendant, for all purposes.

**SO ORDERED.**

                                                                                                    JOHN G. KOELTL
                                                                               UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 17, 2025