# ABATE & PREUSS
## ATTORNEYS AT LAW

333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

July 28, 2025

**VIA ECF**

Hon. John G. Koeltl
United States District Court Judge
United States District Court
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

7/29/25

John G. Koeltl, U.S.D.J.

Re: **Request for Bail Modification**
*United States v. Shuron Malone*, 23 Cr. 578 (JGK)

Dear Judge Koeltl:

My client, Shuron Malone, coaches an elementary school age children's football team, and would like to take his young players to the OTB 7th Annual Preseason Classic in Rock Hill, S.C. (OTB stands for Only the Best.) I respectfully ask that permission be granted, and that the Court order a bail modification to allow him to travel from his home in Florida to South Carolina.

The dates are Thursday, July 31 through Sunday, August 3. The tournament will be held at Northwestern High School in Rock Hill, South Carolina. Mr. Malone would travel from home on Wednesday, July 30 and would stay at the Hilton Garden Inn, 650 Tinsley Way, Rock Hill, SC 29732. He would return Sunday evening, after the tournament ends.

I have spoken to Mr. Malone's pretrial officer, Charles Sweatt, and he has confirmed that he has no objection to the trip. I have also spoken to AUSA Jerry Fang, who states that the Government has no objection so long as Mr. Malone provides his itinerary and lodging information to Pretrial (which he has already done) and checks in with his supervising officer before and after the trip.

Thank you for your consideration of this matter.

Sincerely,

*Camille M. Abate*

Camille M. Abate

cc: AUSA Jerry Fang (via ECF)