UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

SHURON MALONE,

        Defendant.
-------------------------------------------------------------X

23 cr 578 (JGK)

**ORDER**

    For the reasons stated at a conference today, bail for the defendant, Shuron Malone, is modified as follows;

    A $50,000 personal recognizance bond, co-signed by two (2) financially responsible persons (the bond is to be signed by August 15, 2025), plus the following additional conditions:

    Home incarceration rather than curfew, with monitoring by Pretrial Services.

    Travel restricted to the Southern and Eastern Districts of New York, as well as the District of Florida and points in between.

    The defendant is not allowed to visit the District of South Carolina.

    No contact with any witnesses or victims known to be witnesses or victims to the defendant outside the presence of counsel.

    The defendant shall not possess the identifying or financial information of other individuals.

    Mental health treatment at the direction of Pretrial Services.

**SO ORDERED.**

                                                           **JOHN G. KOELTL**
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       August 6, 2025