```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

UNITED STATES OF AMERICA,

                                      23-cr-578-6 (JGK)

      - against -                        ORDER

SHURON MALONE,

                Defendant.

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Government is requested to provide the Court with the original conditions for release that were set in the Middle District of Florida, together with any modifications that have been set in this Court.

**SO ORDERED.**

Dated:    New York, New York
            August 19, 2025

                                            /s/ John G. Koeltl
                                               **John G. Koeltl**
                                    **United States District Judge**