```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
UNITED STATES OF AMERICA,
                                           23-cr-578-6 (JGK)

         - against -                       ORDER

SHURON MALONE,

                    Defendant.
―――――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The Government is requested to provide the Court with the original conditions for release that were set in the Middle District of Florida, together with any modifications that have been set in this Court, by **Friday, August 29, 2025**. The time to sign the bond is **extended** to **Friday, September 5, 2025**.

The Clerk is respectfully requested to close ECF No. 119.

**SO ORDERED.**

**Dated:**   **New York, New York**
         **August 21, 2025**

                                    /s/ John G. Koeltl
                                 ―――――――――――――――――――――
                                      **John G. Koeltl**
                              **United States District Judge**