UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                                 23 cr 578 (JGK)

SHURON MALONE,
                      Defendant.
------------------------------------------------------------X

        It is hereby ordered that Justine Harris, Esq., is appointed as counsel for the above-named defendant, replacing Camille M. Abate, Esq.

**SO ORDERED.**

                                                                        **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        November 18, 2025