

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 13, 2026

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Shuron Malone*, S2 23 Cr. 578 (JGK)

Dear Judge Koeltl:

  With the consent of defense counsel, the Government respectfully requests that the Court sign and enter the attached order of *nolle prosequi* in the above-captioned case due to the death of defendant Shuron Malone.  The Government extends its condolences to the defendant's family.

       JAY CLAYTON
       United States Attorney

     By:  _/s/_____
       William K. Stone / Jerry J. Fang
       Assistant United States Attorneys
       Southern District of New York
       Tel. 212-637-2521 / 2584

cc: Justine Harris, Esq. (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOLLE PROSEQUI** |
| v. | S2 23 Cr. 578 (JGK) |
| SHURON MALONE, | |
| Defendant. | |

1.      The filing of this *nolle prosequi* will dispose of this case with respect to SHURON MALONE, the defendant.

2.      On June 12, 2025, SHURON MALONE, the defendant, was charged in Superseding Indictment S2 23 Cr. 578 (JGK) (the "Indictment"), with one count of conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349; and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A.

3.      On or about December 5, 2025, while the above-captioned case was pending, but prior to any trial or other disposition, SHURON MALONE, the defendant, died.

4.      Because SHURON MALONE, the defendant, died while this case was pending, and therefore before a final judgment was issued, the charges against him in the Indictment must be dismissed under the rule of abatement.  *See United States v. Wright*, 160 F.3d 905, 908 (2d Cir. 1998).

5.      In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to defendant SHURON MALONE.

Dated: New York, New York
       February 9, 2026

                    ___/s/_____
                    Jerry J. Fang / William K. Stone
                    Assistant United States Attorneys
                    (212) 637-2584 / 2521

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant SHURON MALONE with respect to Superseding Indictment S2 23 Cr. 578 (JGK).

JAY CLAYTON
United States Attorney
Southern District of New York

Dated: New York, New York
February 9, 2026

SO ORDERED:

HON. JOHN G. KOELTL
United States District Judge
Southern District of New York

Dated: New York, New York
February 18 2026

2